BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CV-00732-MCE-CKD |
| Plaintiff, | FINAL JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $143,058.81 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK PERSONAL CHECKING ACCOUNT NUMBER 2065307502, HELD IN THE NAME OF JEFFREY S. WALKER, AND | |
| APPROXIMATELY $173,450.00 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE PERSONAL CHECKING ACCOUNT NUMBER 918200346, HELD IN THE NAME OF JEFFREY WALKER, | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.   This is a civil action *in rem* brought against Approximately $143,058.81 in U.S. Currency seized from Wells Fargo Bank Personal Checking Account Number 2065307502, held in the name Jeffrey S. Walker and Approximately $173,450.00 in U.S. Currency seized from JP Morgan Chase Bank Personal Checking Account Number 918200346, held in the name Jeffrey Walker ("defendant funds"), which were seized on or about March 6, 2012.

2.   A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on March 20, 2014,

1. alleging that said defendant funds are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 984, and 31 U.S.C. § 5317(c)(2).

3. On March 20, 2014, the Clerk issued a Warrant for Arrest for the defendant funds, and that warrant was duly executed on April 2, 2014.

4. Beginning on March 27, 2014, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on May 20, 2014.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, claimant was served by U.S. Mail and personal service.

6. Claimant filed a Verified Claim and Answer on April 21, 2014 alleging an interest in the defendant funds.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. Judgment is hereby entered against claimant Jeffrey S. Walker and all other potential claimants who have not filed claims in this action.

3. Upon entry of this Final Judgment of Forfeiture, $16,508.81 of the Approximately $143,058.81 in U.S. Currency seized from Wells Fargo Bank Personal Checking Account Number 2065307502, held in the name Jeffrey S. Walker, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 984, and 31 U.S.C. § 5317(c)(2), to be disposed of according to law.

4. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $126,550.00 of the Approximately $143,058.81 in U.S. Currency seized from Wells Fargo Bank Personal Checking Account Number 2065307502, held in the name Jeffrey S. Walker and Approximately $173,450.00 in U.S. Currency seized from JP Morgan Chase Bank Personal Checking Account Number 918200346, held in the name Jeffrey Walker in U.S. Currency shall be returned to

Jeffrey S. Walker through his attorney J. Patrick McCarthy.

5. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

6. Claimant waived any and all claim or right to interest that may have accrued on the defendant currency.

7. All parties are to bear their own costs and attorneys' fees.

8. The U.S. District Court for the Eastern District of California, Hon. Morrison C. England, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

9. Based upon the allegations set forth in the Complaint filed March 20, 2014, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated: June 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT